UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ███████ and<br>(2) RICARDO PEINADO RIVERA,<br><br>Defendants | Criminal No. 22cr10090<br><br>Violations:<br><br>**Count One**: Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl<br>(21 U.S.C. § 846)<br><br>**Count Two**: Conspiracy to Distribute and to Possess with Intent to Distribute 1 Kilogram or More of Heroin<br>(21 U.S.C. § 846)<br><br>**Forfeiture Allegation**:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
400 Grams or More of Fentanyl
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about October 2021 through on or about November 16, 2021, in the District of Massachusetts and elsewhere, the defendants,

(1) ███████ and
(2) RICARDO PEINADO RIVERA,

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)4-piperidinyl] propanamide,

also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, was reasonably foreseeable by, and is attributable to, (1) ▮ and (2) RICARDO PEINADO RIVERA. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to defendants (1) ▮ and (2) RICARDO PEINADO RIVERA.

All in violation of Title 21, United States Code, Section 846.

Before defendant (1) ▮ committed the offense charged in this count, the defendant was convicted of violating ▮ ▮, serious drug felonies, for which ▮ served more than 12 months of imprisonment and for which ▮ was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT TWO
Conspiracy to Distribute and to Possess with Intent to Distribute
1 Kilogram or More of Heroin
(21 U.S.C. § 846)

The Grand Jury further charges:

In or about November 2021, in the District of Massachusetts, and elsewhere, the defendant,

(1) ███████,

conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i) is applicable to this Count.

It is further alleged that, with respect to Count One, 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, was reasonably foreseeable by, and is attributable to, (1) ███████. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i) is applicable to defendant (1) ███████.

All in violation of Title 21, United States Code, Section 846.

Before defendant (1) ███████ committed the offense charged in this count, the defendant was convicted of violating ███████ ███████ serious drug felonies, for which ██

3

served more than 12 months of imprisonment and for which █ was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 846, set forth in Counts One and Two, the defendants,

(1) ███████████, and
(2) RICARDO PEINADO RIVERA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants -

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON


_____
SAMUEL R. FELDMAN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS


District of Massachusetts: APRIL 27, 2022
Returned into the District Court by the Grand Jurors and filed.

/s/ Dawn M. King  1:20pm
_____
DEPUTY CLERK